William Leslie Thoma, Executor of Last Will and Testament of Ida C. Dutton, Deceased, Plaintiff, v. Robert H. Eberle et al., Defendants.

William Leslie Thoma, Appellant, v. Robert H. Eberle et al., Defendants. Robert H. Eberle, Appellee.

Gen. No. 40,685.

opinion filed November 27, 1939. Harris F. Williams and Robert C. Baumgartner, for appellant; Robert H. Eberle, *pro se;* Thomas W. Winton, of counsel. Opinion by JUSTICE McSURELY. ''Not to be published in full.''